## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CERTAIN INTERESTED UNDERWRITERS
AT LLOYDS LONDON, SUBSCRIBING TO
CERTIFICATE NO. 409604,

    Plaintiff,

v.                                                    Case No: 8:12-cv-115-T-30TGW

BERT SMITH OLDSMOBILE, INC. and
BANKERS STANDARD INSURANCE
COMPANY,

    Defendants.
_____

## ORDER

The Court has been advised via a Notice of Settlement (Dkt. #22) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of May, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record                                 F:\Docs\2012\12-cv-115 dismiss 22.docx